Vincent Y. Lin - SBN 201419
LAW OFFICES OF VINCENT Y. LIN
17700 Castleton Street, Suite 263
City of Industry, CA 91748
Telephone: (626) 935-0929
Facsimile:  (626) 935-0380
LDS@vincentlinlaw.com

Attorney for plaintiff
Max Group Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX GROUP CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YANG MING MARINE TRANSPORT CORPORATION; ORIENT OVERSEAS CONTAINER LINE LIMITED also known as OOCL; and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-CV-2295<br><br>**COMPLAINT FOR DAMAGES**<br><br>1.　CARRIER LIABILITY<br>　　(49 U.S.C. § 14706(d))<br>2.　BREACH OF CONTRACT<br>3.　NEGLIGENCE<br><br>**DEMAND FOR JURY TRIAL** |

　　Comes now plaintiff, Max Group Corporation, and complains of defendants and each of them, and alleges as follows:

<u>JURISDICTION AND VENUE</u>

　　1.　This Court has jurisdiction over this Complaint under 28 U.S.C. §§ 1331 and 1367.

　　2.　Venue is proper in this judicial district under 28 U.S.C. § 1391.

<u>GENERAL ALLEGATIONS</u>

　　3.　At all times relevant herein, plaintiff, Max Group Corporation, was and is a corporation duly organized and existing

1
Complaint

by virtue of the laws of the State of California, with its principal place of business located in the County of Los Angeles, State of California.

4. Plaintiff is informed and believes and on that basis alleges that at all times relevant herein, defendant, Yang Ming Marine Transport Corporation, was and is a corporation duly organized and existing by virtue of the laws of Taiwan, which defendant did and directed, and does and directs, business in and towards the County of Los Angeles, State of California.

5. Plaintiff is informed and believes and on that basis alleges that at all times relevant herein, defendant, Orient Overseas Container Line Limited, was and is a corporation duly organized and existing by virtue of the laws of Taiwan, which defendant did and directed, and does and directs, business in and towards the County of Los Angeles, State of California, and that all times relevant herein, said defendant was and is also known as OOCL.

6. The acts and omissions alleged herein were directed to, the injuries and damages alleged herein were suffered in, the contracts alleged herein were to be performed in, and evidence of and witnesses to plaintiff's allegations herein are located in, the County of Los Angeles, State of California.

7. Plaintiff does not know the true names and/or capacities of defendants, Does 1 through 25, inclusive, and therefore sues said defendants by such fictitious names. Plaintiff will amend this Complaint to insert their true names and/or capacities when the same have been ascertained. Plaintiff is informed and believes, and upon such information and belief alleges that, each

such fictitiously named Defendant is responsible for plaintiff's damages and injuries, and subject to the relief sought by plaintiff in this Complaint.

8. Plaintiff is informed and believes, and upon such information and belief alleges, that defendants, and each of them, at all times mentioned herein are, and were, the agents, servants, partners, co-conspirators, alter egos and/or employees of one another. Plaintiff is further informed and believes, and thereon alleges that each of the defendants at all times herein mentioned are, and were, acting within the course and scope of, and pursuant to, such agency, partnership and/or employment with the consent, express and/or implied, of all of the other defendants, and each of them.

## COMMON FACTUAL ALLEGATIONS

9. At all times relevant herein, defendant, Yang Ming Marine Transport Corporation, was and is a delivering carrier as set forth in 498 U.S.C. § 14706.

10. At all times relevant herein, defendant, Orient Overseas Container Line Limited, was and is a delivering carrier as set forth in 498 U.S.C. § 14706.

11. In or about 2021, either plaintiff, Max Group Corporation, or Freitas Brothers Farms LLC hired Yang Ming Transport Corporation, to serve as a carrier to deliver shipments of broccoli to Taiwan. The shipments were made according to give written agreements between Max Group Corporation and Yang Ming Transport Corporation - simply stated, in exchange for payment by Max Group Corporation, Yang Ming Transport Corporation, was to maintain those perishable goods within a certain temperature

1  range and deliver same to the agreed upon locations.  True and
2  correct copies of the shipment documentation related to those
3  transactions are attached hereto as Exhibit A, and are
4  incorporated herein by this reference, as if fully set forth
5  hereat, seriatim.
6      12.  In or about 2021, either plaintiff, Max Group
7  Corporation, or Freitas Brothers Farms LLC hired Orient Overseas
8  Container Line Limited, to serve as a carrier to deliver
9  shipments of broccoli to Taiwan.  The shipments were made
10 according to give written agreements between Max Group
11 Corporation and Orient Overseas Container Line Limited - simply
12 stated, in exchange for payment by Max Group Corporation, Orient
13 Overseas Container Line Limited, was to maintain those perishable
14 goods within a certain temperature range and deliver same to the
15 agreed upon locations.  True and correct copies of the shipment
16 documentation related to those transactions are attached hereto
17 as Exhibit B, and are incorporated herein by this reference, as
18 if fully set forth hereat, seriatim.
19     13.  All charges for the shipping services were paid.
20     14.  Yang Ming Marine Transport Corporation failed to
21 maintain the perishable goods at a certain temperature range for
22 the two Grapes containers with Bills of Lading numbered
23 W160388683, W160388815, W160388122, W160388079, and W160388078.
24 Additionally, the goods were such that upon inspection of the
25 documents associated with the shipment, it was reasonably
26 necessary to maintain said temperature range to avoid destruction
27 of the perishable goods.
28 ///

4

Complaint

1     15. OOCL failed to maintain the perishable goods at a certain temperature range for the two Grapes containers with Bills of Lading numbered OOLU2668099770 and OOLU2670094490. Additionally, the goods were such that upon inspection of the documents associated with the shipment, it was reasonably necessary to maintain said temperature range to avoid destruction of the perishable goods.

    16. As a direct and proximate result of the acts and omissions of defendants and each defendant, the broccoli was damaged and/or destroyed, and either plaintiff, Max Group Corporation, or Freitas Brothers Farms LLC lost income as a result of the damage or loss, or as a result of its customers not paying for the damaged goods in an amount in excess of the jurisdictional limit of this court and/or having to compensate its customers for the damaged goods, and also lost interest and use of those funds. All claims of Freitas Brothers Farms LLC have been assigned to plaintiff, Max Group Corporation.

FIRST CLAIM
FOR CARRIER LIABILITY
BY PLAINTIFF, MAX GROUP CORPORATION, AGAINST
DEFENDANTS, YANG MING MARINE TRANSPORT CORPORATION, ORIENT
OVERSEAS CONTAINER LINE LIMITED, AND DOES 1 THROUGH 25, INCLUSIVE

    17. Plaintiff refers to and incorporate paragraphs 1 through 16, inclusive, hereinabove, as if fully set forth hereat, *seriatim*.

    18. As alleged herein, defendants and each defendant, were and was a delivering carrier which caused loss or damage within the meaning of 49 U.S.C. § 14706(d).

///

///

SECOND CLAIM
FOR BREACH OF CONTRACT
BY PLAINTIFF, MAX GROUP CORPORATION, AGAINST
DEFENDANTS, YANG MING MARINE TRANSPORT CORPORATION, ORIENT
OVERSEAS CONTAINER LINE LIMITED, AND DOES 1 THROUGH 25, INCLUSIVE

19. Plaintiff refers to and incorporate paragraphs 1 through 16, inclusive, hereinabove, as if fully set forth hereat, *seriatim*.

20. Plaintiff entered into a written contract with defendants and each defendant, as alleged herein.

21. Plaintiff has performed all conditions, covenants, and promises required to be performed by it in accordance with the terms and conditions of said contract, and are excused from nonperformance of any conditions, covenants, and promises which it has not performed - all as alleged herein.

22. Defendants and each defendant breached the contract by the acts and omissions alleged herein.

23. As a proximate result of defendants' and each defendant's breach of the contract, plaintiff has been injured and damaged as alleged herein.

THIRD CLAIM
FOR NEGLIGENCE
BY PLAINTIFF, MAX GROUP CORPORATION, AGAINST
DEFENDANTS, YANG MING MARINE TRANSPORT CORPORATION, ORIENT
OVERSEAS CONTAINER LINE LIMITED, AND DOES 1 THROUGH 25, INCLUSIVE

24. Plaintiff refers to and incorporate paragraphs 1 through 16, inclusive, hereinabove, as if fully set forth hereat, *seriatim*.

25. At all times relevant herein, defendants and each defendant owed to plaintiff, Max Group Corporation, a duty of reasonable care to avoid injury and damage to the property of plaintiff, as alleged herein.

1  26. Defendants and each defendant negligently breached that
2 duty.
3  27. As a direct and proximate result of defendants' and each
4 defendant's negligence, plaintiff has been injured and damaged, as
5 alleged herein.
6  28.
7  WHEREFORE, plaintiff prays for judgment against defendants
8 and each defendant, as follows:
9  **AS TO THE ALL CAUSES OF ACTION:**
10  1.  General damages according to proof;
11  2.  Special damages according to proof
12  3.  For costs of suit herein;
13  For such other and further relief as the Court deems just
14 and proper.
15 DATED: 3/28/2022                LAW OFFICES OF VINCENT Y. LIN

                                By: Vincent Y. Lin
                                    Attorney for plaintiff
                                    Max Group Corporation

7

Complaint