Vincent Y. Lin (SBN# 201419)
Law Office of Vincent Y. Lin
17700 Castleton Street, Suite 263
City of Industry, CA 91748
Telephone: (626)935-0929
Facsimile:   (626)935-0380
Email: LDS@vincentlinlaw.com
Attorneys for Plaintiff,
Max Group Corporation

HOLLAND & KNIGHT LLP
Qian (Sheila) Shen, SBN 332048
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213.896.2400
Fax: 213.896.2450
Email: qian.shen@hklaw.com
Attorneys for Defendant,
Orient Overseas Container Line Limited

Clyde and Co. US LLP
Conte C. Cicala
150 California Street 15th Floor
San Francisco, CA 94111
Telephone: 415-365-9800
Fax: 415-365-9801
Email: conte.cicala@clydeco.us
Attorneys for Defendant,
Yang Ming Marine Transport Corporation

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| MAX GROUP CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>YANG MING MARINE TRANSPORT CORPORATION; ORIENT OVERSEAS CONTAINER LINE LIMITED also known as OOCL; and DOES 1 to 25, inclusive,<br><br>  Defendants. | Case No.: 2:22-CV-02295-FMO-JEM<br><br>**STIPULATION FOR REQUEST AN EXTENSION OF TIME TO COMPLETE THE SETTLEMENT CONFERENCE** |

///

**STIPULATION FOR REQUEST AN EXTENSION OF TIME
TO COMPLETE THE SETTLEMENT CONFERENCE**

**STIPULATION FOR REQUEST AN EXTENSION OF TIME TO COMPLETE ADR**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Max Group Corporation, counsel for Defendant Orient Overseas Container Line Limited ("OOCL"), and counsel for Defendant Yang Ming Marine Transport Corporation ("Yang Ming") that ")   in order to accommodate the schedules of potential mediator(s) and counsel, the undersigned counsels hereby request the court to grant an extension of time for the parties to complete the ADR on or before February 28, 2023.

*Respectfully submitted,*

DATED: January 17, 2023      HOLLAND & KNIGHT LLP

By */s/ Qian Shen*
    Qian Shen
*Attorneys for Defendant,*
*Orient Overseas Container Line Limited*

DATED: January 17, 2023      LAW OFFICES OF VINCENT Y. LIN

By */s/ Vincent J. Lin*
    Vincent J. Lin
Attorneys for Plaintiff,
Max Group Corporation

DATED: January 17, 2023      CLYDE AND CO US LLP

By */s/ Conte C. Cicala*
    Conte C. Cicala
Attorneys for Defendant,
Yang Ming Marine Transport Corporation

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 17, 2023                                          Law Office of Vincent Lin


                                                                 By */s/ Vincent Lin*
                                                                    Vincent Lin, Esq.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 17700 Castleton, Suite 263, City of Industry, CA 91748.

I caused to be served the foregoing document(s) as follows: **STIPULATION FOR REQUEST AN EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE.**

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

**[ ] E-MAIL:** Based on an agreement of the parties to accept service by e-mail, I caused the document(s) to be sent to the person(s) at the e-mail address(es) indicated below.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 16, 2023

                                         */s/ Lydia Qiu*
                                         Lydia Qiu