LAW OFFICES OF VINCENT Y. LIN
Vincent J. Lin, SBN 201419
17700 Castleton Street, Suite 263
City of Industry, CA 91748
Tel.: 626.935.0929
Fax: 626.935.0380
Email: LDS@vincentlinlaw.com

Attorneys for Plaintiff,
Max Group Corporation

HOLLAND & KNIGHT LLP
Qian (Sheila) Shen, SBN 332048
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
Email: qian.shen@hklaw.com

Attorneys for Defendant,
Orient Overseas Container Line Limited

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| MAX GROUP CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YANG MING MARINE TRANSPORT CORPORATION; ORIENT OVERSEAS CONTAINER LINE LIMITED also known as OOCL; and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-CV-02295-FMO-JEM<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

# NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that on February 9, 2023, Plaintiff Max Group Corporation ("Plaintiff") and Defendant Orient Overseas Container Line Limited ("OOCL") participated in a mediation and have settled all claims between them in this matter. The parties are in the process of completing final settlement documents and expect to file the appropriate dismissal documents within the next (60) days. Plaintiff and OOCL request that the Court vacate all pending deadlines and hearings in this matter as to Defendant OOCL.

Respectfully submitted,

DATED: February 10, 2023       LAW OFFICES OF VINCENT Y. LIN

By: /s/ Vincent J. Lin
           Vincent J. Lin

Attorneys for Plaintiff,
Max Group Corporation

DATED: February 10, 2023       HOLLAND & KNIGHT LLP

By: /s/ Qian Shen
           Qian Shen

Attorneys for Defendant,
Orient Overseas Container Line Limited

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)**

Pursuant to Local Rule 5-4.3.4(a)(2), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 10, 2023          HOLLAND & KNIGHT LLP

By: /s/ Qian Shen
          Qian Shen

Attorneys for Defendant,
Orient Overseas Container Line Limited

**PROOF OF SERVICE**

I declare that I am over the age of 18 years, employed in the County of Orange, and not a party to the within action; my business address is Three Park Plaza, Suite 1400, Irvine, CA 92614.

I caused to be served the foregoing document(s) as follows: **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| ☒ | **BY Electronic Transfer to the CM/ECF System)** In accordance with Federal Rules of Civil Procedure 5(d)(3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error . |
| ☐ | **By E-MAIL**.  I e-mailed above-listed document(s) to the e-mail address(es) of the addressee(s) on the attached Service List.  A true and correct copy of the e-mail transmittal will be attached to the above-listed document(s) and produced if requested by any interested party. |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 10, 2023, at Irvine, California.

          _/s/ Jennifer Vo_
          Jennifer Vo