LAW OFFICES OF VINCENT Y. LIN
Vincent Y. Lin, SBN 201419
17700 Castleton Street, Suite 263
City of Industry, CA 91748
Tel.: 626.935.0929
Fax: 626.935.0380
Email: LDS@vincentlinlaw.com

Attorneys for Plaintiff
Max Group Corporation

Clyde and Co. US LLP
Conte C. Cicala, SBN 173554
150 California Street 15th Floor
San Francisco, CA 94111
Tel.: 415.365.9800
Fax: 415.365.9801
Email: conte.cicala@clydeco.us

Attorneys for Defendant
Yang Ming Marine Transport Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAX GROUP CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>YANG MING MARINE TRANSPORT CORPORATION; ORIENT OVERSEAS CONTAINER LINE LIMITED also known as OOCL; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-02295-FMO-JEM<br><br>**NOTICE OF SETTLEMENT** |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that on March 7, 2023, Plaintiff Max Group Corporation ("Plaintiff") and Defendant Yang Ming Marine Transport Corporation ("YANG MING") have settled all claims between them in this matter. The parties are in the process of completing final settlement documents and expect to file the

1  appropriate dismissal documents within the next (60) days. Plaintiff and Yang Ming
2  request that the Court vacate all pending deadlines and hearings in this matter as to
3  Defendant YANG MING.

5                                                  Respectfully submitted,

7  DATED:  March 15, 2023        LAW OFFICES OF VINCENT Y. LIN
8                                                  <u>By: /s/ Vincent y. Lin</u>
9                                                  Vincent J. Lin

                                                Attorneys for Plaintiff,
                                                Max Group Corporation

12  DATED:  March 15, 2023                CLYDE AND CO US LLP

14                                                  <u>By: /s/ Conte C. Cicala</u>
15                                                  Conte C. Cicala

                                                Attorneys for Defendant,
                                                Yang Ming Marine Transport Corporation